# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA ATLANTA DIVISION

| | | |
|---|---|---|
| BAKE ONE, INC., a Georgia corporation, | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No.: 1 10 CV-1046-TCB |
| GREIG L. MARE; VIRGINIA ("GINNY") L. MARE (a/k/a VIRGINIA BROADFOOT; GLM VENTURE, LLC; BRANT CONLEY; LANDMARK PACKAGING, LLC; LINPARK SALES, INC.; DONALD SCOTT GREENWAY; EXPERT PERSONNEL SOLUTIONS, LLC; DAWN THOMAS (f/k/a DAWN BELL); LIPSEY LOGISTICS WORLDWIDE, LLC; JOHN AND JANE DOES 1-10 AND JOHN DOE COMPANIES 1-10, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

## CONSENT ORDER DISMISSING CLAIMS BETWEEN PLAINTIFF BAKE ONE, INC. AND DEFENDANTS LANDMARK PACKAGING, LLC, LINPARK SALES, INC., AND DONALD SCOTT GREENWAY

The Consent Motion to Dismiss Claims between Plaintiff Bake One, Inc. ("Bake One") and Defendants Landmark Packaging, LLC ("Landmark"), Linpark Sales, Inc. ("Linpark"), and Donald Scott Greenway ("Greenway"), having been

considered by the Court, and the Court having found that Plaintiff Bake One and Defendants Landmark, Linpark, and Greenway consent to the dismissal of their claims against each other,

IT IS HEREBY ORDERED AND ADJUDGED that all of, and only, Bake One's claims asserted in the Complaint against Defendants Landmark, Linpark, and Greenway are dismissed with prejudice; and all claims asserted by Landmark in its Counterclaim against Bake One are dismissed with prejudice. These dismissals shall not affect Bake One's claims against the other Defendants in this action.

SO ORDERED this 24th day of June 2010.

_____
HON. TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Order prepared by:

*/s/Christopher A. Wiech*
Mark S. VanderBroek
Georgia Bar No. 724440
Christopher A. Wiech
Georgia Bar No. 757333
Bradley M. Davis
Georgia Bar No. 141505
Bradley J. Harrison
Georgia Bar No. 422139
**TROUTMAN SANDERS LLP**
Bank of America Plaza, Suite 5200
600 Peachtree Street, N.E.
Atlanta, GA 30308-2216
(404) 885-3000
*Counsel for Plaintiff Bake One, Inc.*

Consented to by:

| | |
|---|---|
| */s/ Christopher A. Wiech* | */s/ William P. Tinkler, Jr.* |
| Mark S. VanderBroek | (w/ express permission by CAW) |
| Georgia Bar No. 724440 | William P. Tinkler, Jr., Esq. |
| Christopher A. Wiech | **OFFICE OF WILLIAM TINKLER, JR.** |
| Georgia Bar No. 757333 | 150 East Ponce De Leon Avenue |
| Bradley M. Davis | 230 One Decatur Towncenter |
| Georgia Bar No. 141505 | Decatur, Georgia 30030-2553 |
| Bradley J. Harrison | |
| Georgia Bar No. 422139 | David B. Groff |
| **TROUTMAN SANDERS LLP** | David B. Groff, P.C. |
| Bank of America Plaza, Suite 5200 | 1976 East Main St. |
| 600 Peachtree Street, N.E. | Crown Point Plaza, Suite F |
| Atlanta, GA 30308-2216 | Snellville, GA 30078 |
| (404) 885-3000 | *Counsel for Defendants Landmark Packaging, LLC, Linpark Sales, Inc., and Donald Scott Greenway* |
| *Counsel for Plaintiff Bake One, Inc.* | |