IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| BAKE ONE, INC., <br> a Georgia corporation, | ) <br> ) <br> ) | |
| Plaintiff, | ) <br> ) <br> ) | |
| v. | ) <br> ) | Case No.: 1 10 CV-1046-TCB |
| GREIG L. MARE; VIRGINIA ("GINNY") L. MARE (a/k/a) VIRGINIA BROADFOOT; GLM VENTURE, LLC; BRANT CONLEY; LANDMARK PACKAGING, LLC; LINPARK SALES, INC.; DONALD SCOTT GREENWAY; EXPERT PERSONNEL SOLUTIONS, LLC; DAWN THOMAS (f/k/a DAWN BELL); LIPSEY LOGISTICS WORLDWIDE, LLC; JOHN AND JANE DOES 1-10 AND JOHN DOE COMPANIES 1-10, | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) | |
| Defendants. | ) <br> ) | |

## CONSENT ORDER DISMISSING CLAIMS BETWEEN PLAINTIFF BAKE ONE, INC. AND DEFENDANT LIPSEY LOGISTICS WORLDWIDE, LLC

The Consent Motion to Dismiss Claims between Plaintiff Bake One, Inc. ("Bake One") and Defendant Lipsey Logistics Worldwide, LLC ("Lipsey"), having been considered by the Court, and the Court having found that Plaintiff Bake One and Defendant Lipsey consent to the dismissal of their claims against each other,

- 6 -

IT IS HEREBY ORDERED AND ADJUDGED that all of, and only, Bake One's claims asserted in the Complaint against Defendant Lipsey are dismissed with prejudice; and all claims asserted by Lipsey in its Counterclaim against Bake One are dismissed with prejudice. These dismissals shall not affect Bake One's claims against the other Defendants in this action.

SO ORDERED this 17th day of December 2010.

_____
HON. TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT JUDGE

Consented to by:

| | |
|---|---|
| /s/ Christopher A. Wiech | /s/ Michael James King |
| Mark S. VanderBroek | (w/ express permission by CAW) |
| Georgia Bar No. 724440 | Michael James King |
| Christopher A. Wiech | Greenberg Traurig-Atlanta |
| Georgia Bar No. 757333 | 3290 Northside Parkway |
| Bradley M. Davis | Suite 400, The Forum |
| Georgia Bar No. 141505 | Atlanta, GA 30327 |
| Bradley J. Harrison | |
| Georgia Bar No. 422139 | *Counsel for Defendant Lipsey* |
| **TROUTMAN SANDERS LLP** | *Logistics Worldwide, LLC* |
| Bank of America Plaza, Suite 5200 | |
| 600 Peachtree Street, N.E. | |
| Atlanta, GA 30308-2216 | |
| (404) 885-3000 | |

*Counsel for Plaintiff Bake One, Inc.*