IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BAKE ONE, INC., <br> a Georgia corporation, <br><br> Plaintiff, <br><br> v. <br><br> GREIG L. MARE; VIRGINIA ("GINNY") L. MARE (a/k/a VIRGINIA BROADFOOT); GLM VENTURE, LLC; BRANT CONLEY; LANDMARK PACKAGING, LLC; LINPARK SALES, INC.; DONALD SCOTT GREENWAY; EXPERT PERSONNEL SOLUTIONS, LLC; DAWN THOMAS (f/k/a DAWN BELL); LIPSEY LOGISTICS WORLDWIDE, LLC; JOHN AND JANE DOES 1-10 and JOHN DOE COMPANIES 1-10; <br><br> Defendants. | Case No.: 1:10-CV-1046-TCB |

## FIRST AMENDMENT TO COMPLAINT

In accordance with Federal Rule of Civil Procedure 15 and the Court's January 6, 2012 Order, Plaintiff Bake One, Inc. ("Bake One") hereby states this first amendment to its Complaint to assert an additional claim against Defendant Expert Personnel Solutions, LLC ("EPS") as follows:

## COUNT XV
### (Breach of Contract Against EPS)

228.

Bake One hereby incorporates by reference the allegations contained in Paragraphs 1 through 227 of the Complaint as if fully set forth herein.

229.

Beginning in December 2005, Bake One and EPS had an agreement whereby EPS agreed to provide temporary staffing and personnel services to Bake One, in exchange for which Bake One agreed to pay EPS for the wages of the temporary staff that actually worked at Bake One and a markup on those wages.

230.

During the period from at least March 2007 to September 2009, EPS breached that agreement by invoicing Bake One for at least three fictitious temporary employees – Felix Sandy, Virginia Broadfoot, and Alejandro Acotsa – who did not work at or provide any services to Bake One.

231.

These EPS invoices for fictitious EPS employees who provided no services to Bake One totaled at least $148,821.68, and were paid by Bake One.

232.

As a direct and proximate result of EPS's breach of its agreement with Bake One, Bake One has been damaged in an amount to be proven at trial, but not less than $148,821.68, representing amounts that Bake One paid to EPS for services that were never provided.

233.

Bake One is entitled to recover damages from EPS on its breach of contract claim in an amount to be determined at trial, but not less than $148,821.68, as a return of payments made by Bake One to EPS for services that were never provided.

## **PRAYER**

WHEREFORE, in addition to its Prayer for Relief in its original Complaint, Plaintiff Bake One respectfully requests judgment against the Defendants, jointly and severally, as follows:

(a) Under the allegations of COUNT XV (Breach of Contract), for judgment in favor of Plaintiff Bake One and against Defendant EPS in amount to be determined at trial, but not less than $148,821.68;

(b) that the Court award Plaintiff Bake One its litigation costs, including attorneys' fees, incurred in pursuing this claim; and

(c)     that the Court award Plaintiff Bake One such other and further relief as is deemed just and proper.

This 9th day of January, 2012.

                                 **TROUTMAN SANDERS LLP**

                                 /s/ *Mark S. VanderBroek*
                                 Mark S. VanderBroek
                                 Georgia Bar No. 724440
                                 Christopher A. Wiech
                                 Georgia Bar No. 757333
                                 Puja R. Patel
                                 Georgia Bar No. 320796
                                 mark.vanderbroek@troutmansanders.com
                                 chris.wiech@troutmansanders.com
                                 puja.patel@troutmansanders.com

                                 *Attorneys for Plaintiff Bake One, Inc.*

Bank of America Plaza, Suite 5200
600 Peachtree Street, NE
Atlanta, Georgia 30308-2216
(404) 885-3000
(404) 885-3900 (facsimile)

## CERTIFICATION OF COUNSEL

I hereby certify that this document is submitted in Times New Roman 14 point type as required by N.D. Ga. Local Rule 5.1(C).

>    */s/ Mark S. VanderBroek*
>    Mark S. VanderBroek

IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BAKE ONE, INC., a Georgia Corporation, :<br><br>Plaintiff, :<br><br>v. :<br><br>GREIG L. MARE; VIRGINIA ("GINNY") L. MARE (a/k/a VIRGINIA BROADFOOT); GLM VENTURE, LLC; BRANT CONLEY; LANDMARK PACKAGING, LLC; LINPARK SALES, INC.; DONALD SCOTT GREEN WAY; EXPERT PERSONNEL SOLUTIONS, LLC; DAWN THOMAS (f/k/a DAWN BELL); LIPSEY LOGISTICS WORLDWIDE, LLC; JOHN AND JANE DOES 1-10 and JOHN DOE COMPANIES 1-10; :<br><br>Defendants. : | Case No.: 1 10:CV-1046-TCB |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing *First Amendment to Complaint* was filed with the Clerk of Court using the CM/ECF system which will automatically send electronic notification of such filings to all counsel of record, and by placing a copy in the U.S. mail addressed to the pro se parties:

- 6 -

Todd E. Hatcher, Esq.
Brock, Clay, Calhoun & Rogers, P.C.
49 Atlanta Street
Marietta, Georgia 30060
thatcher@brockclay.com

GLM Venture, LLC
Greig L. Mare
Virginia (Ginny) L. Mare
314 Summer Garden Drive
Marietta, Georgia 30064
greigmare@yahoo.com

This 9th day of January, 2012.

                                    /s/ Mark S. VanderBroek
Mark S. VanderBroek
Georgia Bar No. 724440

**TROUTMAN SANDERS LLP**
Bank of America Plaza, Suite 5200
600 Peachtree, N.E.
Atlanta, GA 30308-2216
(404) 885-3000

*Attorneys for Bake One, Inc.*