IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BAKE ONE, INC.,<br><br>Plaintiff,<br><br>vs.<br><br>GREIG L. MARE; VIRGINIA ("GINNY") L. MARE (a/k/a VIRGINIA BROADFOOT); GLM VENTURE, LLC; BRANT CONLEY; LANDMARK PACKAGING, LLC; LINPARK SALES, INC.; DONALD SCOTT GREENWAY; EXPERT PERSONNEL SOLUTIONS, LLC; DAWN THOMAS (f/k/a DAWN BELL); LIPSEY LOGISTICS WORLDWIDE, LLC; JOHN AND JANE DOES 1-10 AND JOHN DOE COMPANIES 1-10;<br><br>Defendants. | Case No.: 1 10:CV-1046 (TCB) |

## CONSENT ORDER

Plaintiff Bake One, Inc. ("Bake One") and Defendants Greig L. Mare ("Mare"), Virginia L. Mare (f/k/a Virginia Lee and Virginia Broadfoat) ("Virginia Mare"), and GLM Ventures, LLC (GLM") (collectively the "Mare Defendants") have reached a settlement of the claims alleged by Bake One against the Mare Defendants in the above-referenced action, which settlement is reflected in a Settlement Agreement dated August 21, 2012. Among other things, the Settlement

Agreement provides that Mare will make certain specified payments to Bake One as partial restitution pursuant to a two year payment schedule set forth in a plea agreement (the "Plea Agreement") accepted by the Cobb County Superior Court to resolve criminal charges against him (Criminal Case No. 11902223) resulting from the same scheme that is the subject of this lawsuit; and that if Mare defaults on his obligations to make any of the specified restitution payments, then Bake One shall be entitled to seek entry, execution and levy of a Consent Judgment executed by Mare and Virginia Mare as part of the Settlement Agreement. Accordingly, Bake One and the Mare Defendants request that the Court retain jurisdiction of the claims by Bake One against Mare and Virginia Mare during the two year period in which Mare is obligated to make payments to Bake One under his Plea Agreement, to facilitate these parties' settlement. Accordingly, for good cause shown, and it appearing that Bake One and the Mare Defendants consent and agree hereto;

IT IS HEREBY ORDERED that:

(1)  all of, and only, Bake One's claims against Defendant GLM are dismissed with prejudice; and

(2)  based on the Settlement Agreement Bake One will not be pursuing its claims alleged against Mare and Broadfoot in the Complaint in this action, but the Court will retain jurisdiction of these claims during the two year period in which Mare is obligated to make restitution payments to Bake One under his Plea

Agreement, so as to facilitate the settlement between Bake One, Mare and Virginia Mare; and

(3)  The restitution payments to be made by Mare under his Plea Agreement represent partial restitution for the damages incurred by Bake One due to the portion of the underlying scheme involving Mare, Virginia Mare, GLM, and Defendants Landmark Packaging, LLC, Linpark Sales, Inc., and Donald Scott Greenway; and

(4)  in the event that Mare defaults on his obligation to timely and fully make any of the restitution payments set forth in the Plea Agreement, then Bake One shall be entitled to entry of the Consent Judgment, and to execute and levy upon the full amount of that Consent Judgment, less the amounts paid by Mare in accordance with the Plea Agreement;

(5)  if the remaining claims and counterclaims in this case are resolved by dismissal or final judgment before Mare has completed making the restitution payments and before entry of the Consent Judgment, then the case will be administratively closed with the right of Bake One to reopen the case to enter the Consent Judgment in the event of a default by Mare in his payments under the Plea Agreement; and

(6)  this Order shall not affect Bake One's claims against the other Defendants in this action.

SO ORDERED this __17th__ day of September, 2012.

_____
HON. TIMOTHY C. BATTEN, SR.
UNITED STATES DISTRICT COURT

CONSENTED TO:                                        CONSENTED TO:

TROUTMAN SANDERS LLP

_____         _____
MARK S. VANDERBROEK                           GREIG L. MARE
Georgia Bar No. 724440                               Pro Se
CHRISTOPHER A. WIECH
PUJA R. PATEL
Georgia Bar No. 320796
Georgia Bar No. 757333                               _____
Suite 5200                                                    VIRGINIA L. MARE
600 Peachtree Street, N.E.                           Pro Se
Atlanta, GA 30308-2216
(404) 885-3000
mark.vanderbroek@troutmansanders.com   _____
                                                                   GLM VENTURES, LLC
                                                                   By: Greig L. Mare, Member
Attorneys for Plaintiff Bake One, Inc.