UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| BAKE ONE, INC.,<br><br>         Plaintiff,<br><br>vs.<br><br>EXPERT PERSONNEL SOLUTIONS, LLC<br>and DAWN THOMAS f/k/a Dawn Bell<br><br>         Defendants. | CIVIL ACTION FILE<br><br>NO. 1:10-cv-1046-TCB |

## J U D G M E N T

This action having come before the court, Honorable Timothy C. Batten, Sr., United States District Judge, for consideration of defendants Expert Personnel Solutions, LLC and Dawn Thomas' Motion for Partial Summary Judgment, and the court having **GRANTED** said motion as to the Federal Rico Claims in Counts 1 and 2, it is

**Ordered and Adjudged** that the plaintiff take nothing; that the defendants Expert Personnel Solutions, LLC and Dawn Thomas recover their costs of this action, and the action be, and the same hereby, is **DISMISSED** as to defendants Expert Personnel Solutions, LLC and Dawn Thomas.

Dated at Atlanta, Georgia, this 28th day of September, 2012.

JAMES N. HATTEN
CLERK OF COURT

By: /s/ Janice Micallef
Deputy Clerk

Prepared, Filed, and Entered
in the Clerk's Office
   September 28, 2012
James N. Hatten
Clerk of Court

By: /s/ Janice Micallef
Deputy Clerk